RULE 564.  AMENDMENT OF INFORMATION.

The court may allow an information to be amended**, [when there is a defect in form, the description of the offense(s), the description of any person or any property, or the date charged, provided the information as amended does not charge an additional or different offense]** **provided that the information as amended does not charge offenses arising from a different set of events and that the amended charges are not so materially different from the original charge that the defendant would be unfairly prejudiced.**  Upon amendment, the court may grant such postponement of trial or other relief as is necessary in the interests of justice.

**COMMENT:  The rule was amended in 2016 to more accurately reflect the interpretation of this rule that has developed since it first was adopted in 1974.  *See Commonwealth v. Brown,* 727 A.2d 541 (Pa. 1999).  *See also Commonwealth v. Beck*, 78 A.3d. 656 (Pa. Super 2013); *Commonwealth v. Page*, 965 A.2d 1212 (Pa. Super. 2009); *Commonwealth v. Sinclair,* 897 A.2d 1218 (Pa. Super. 2006).**

NOTE:  Rule 229 adopted February 15, 1974, effective immediately; renumbered Rule 564 and amended March 1, 2000, effective April 1, 2001 **[.]** **; amended December 21, 2016, effective December 21, 2017.**

\*          \*          \*          \*          \*          \*

*<u>COMMITTEE EXPLANATORY REPORTS:</u>*

*Final <u>Report</u> explaining the March 1, 2000 reorganization and renumbering of the rules published with the Court's Order at 30 <u>Pa.B.</u> 1478 (March 18, 2000).*

*<u>Final Report explaining the December 21, 2016 amendment regarding the standard for amendment published with the Court's Order at 47 Pa.B. (        , 2017).</u>*